

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Rodrick Deshon Arkeith Elliott, Appellant

No. 06-22-00070-CR        v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 47765-B).  Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Morriss,* participating. *Chief Justice Morriss, III, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Rodrick Deshon Arkeith Elliott, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JANUARY 9, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk